UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT V. BRANDY,<br><br>                    Petitioner,<br>v.<br>A.A. LAMARQUE, Warden, et al.,<br><br>                    Respondents. | Case No. 03cv641-BEN (BLM)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF STAY [DOC. NO. 82]** |

Petitioner is a state prisoner proceeding by and through his counsel, Vincent J. Brunkow and Federal Defenders of San Diego, Inc., on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 24, 2006, the Court granted Petitioner's most recent request to continue the stay imposed in this case, and ordered Petitioner to file a written report detailing the status of his state court proceedings by September 15, 2006.  Doc. No. 81.  Petitioner timely filed a status report requesting that the stay be extended for an additional sixty (60) days.  Doc. No. 82.  In support, Petitioner explained that the California Supreme Court has not yet issued a ruling on his pending petition.  Id. at 3.

    Good cause appearing, Petitioner's request for an extension of stay

1  is hereby **GRANTED**.  Accordingly, the instant petition for writ of habeas

2  corpus is hereby stayed until **November 17, 2006** to allow Petitioner to

3  continue to exhaust his claims in California state court.  Petitioner is

4  hereby warned that failure to provide the Court with a written report

5  regarding the status of his state court proceedings on or before

6  **November 17, 2006** will result in the Court lifting the stay and

7  evaluating the merits of his habeas petition.  Should the California

8  state court issue a ruling prior to **November 17, 2006**, Petitioner is

9  further ordered to notify the Court within three days of his receipt of

10 that ruling.

11      **IT IS SO ORDERED.**

12 DATED:  September 19, 2006

13

14                                BARBARA L. MAJOR
                                  United States Magistrate Judge

15

16 COPY TO:

17 HONORABLE ROGER T. BENITEZ
   UNITED STATES DISTRICT JUDGE

18

19 ALL COUNSEL

20

21

22

23

24

25

26

27

28

                                   2                           03cv641-BEN (BLM)