UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT V. BRANDY, | ) Case No. 03cv641-BEN (BLM) |
| Petitioner, | ) **ORDER GRANTING PETITIONER'S** |
| v. | ) **REQUEST FOR AN EXTENSION OF** |
| | ) **STAY** |
| A.A. LAMARQUE, Warden, et al., | ) |
| Respondents. | ) **[DOC. NO. 85]** |

Petitioner is a state prisoner proceeding by and through his counsel, Vincent J. Brunkow and Federal Defenders of San Diego, Inc., on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 19, 2006, the Court granted Petitioner's previous request to continue the stay imposed in this case, and ordered Petitioner to file a written report detailing the status of his state court proceedings by November 17, 2006. Doc. No. 84. On November 28, 2006, Petitioner filed a status report requesting that the stay be extended for an additional sixty (60) days. Doc. No. 85. In support, Petitioner represents that the California Supreme Court has not yet issued a ruling on his pending state court petition. Id. at 2-3.

Good cause appearing, Petitioner's request for an extension of stay

is hereby **GRANTED**. Accordingly, the instant petition for writ of habeas corpus is hereby stayed until **February 16, 2007** to allow Petitioner to continue to exhaust his claims in California state court. Petitioner is hereby warned that failure to provide the Court with a written report regarding the status of his state court proceedings on or before **February 16, 2007** will result in the Court lifting the stay and evaluating the merits of his habeas petition. Should the California state court issue a ruling prior to **February 16, 2007**, Petitioner is further ordered to notify the Court <u>within three days</u> of his receipt of that ruling.

**IT IS SO ORDERED.**

Dated: <u>November 28, 2006</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL